O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 07-00119-SGL (OPx)                               Date:  October 24, 2008

Title:       HECTOR CORONA, ANDRES CORDOVA, MARCUS A. GUILLEN, DAVE W. HARRELSON, IVAN MADRIGAL, ROBERT ALLEN MARNOFF, AND JUAN CARLOS TORRES, individually, and on behalf a class of similarly situated employees and former employees *-v-* NORTHERN PIPELINE CONSTRUCTION CO., a Nevada corporation; and SOUTHWEST ADMINISTRATORS, INC., dba SW ADMINISTRATORS its wholly-owned subsidiary

====================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Jim Holmes                                            None Present
        Courtroom Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                    None present

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

    Due to congestion of the Court's calendar, the hearing set for October 27, 2008, is continued to January 12, 2009, at 10:00 a.m., in Courtroom One of the above-referenced Court.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                        Initials of Deputy Clerk: jh
CIVIL -- GEN                                         1